IN RE R.G.

[Cite as *In re R.G.*, 120 Ohio St.3d 359, 2008-Ohio-6694.]

(No. 2008–1474—Submitted November 18, 2008—Decided December 24, 2008.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re T.R.*, 120 Ohio St.3d 136, 2008-Ohio-5219, 896 N.E.2d 1003.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., would accept the appeal but remand the cause for consideration of *In re T.R.*

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Jill R. Sink, Assistant Prosecuting Attorney, for appellant, Montgomery County Children Services.

IN RE J.H. ET AL.

[Cite as *In re J.H.*, 120 Ohio St.3d 359, 2008-Ohio-6697.]

(No. 2008–1812—Submitted October 14, 2008—Decided December 24, 2008.)

{¶ 1} The discretionary appeal is accepted.